An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL ANTHONY BRANDON,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
SALLY LOEHRER,
Respondents,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 67000

**FILED**

DEC 1 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This is a proper person petition for a writ of mandamus and motion for attorney general opinion. Petitioner challenges the district court's decision to not appoint counsel or hold an evidentiary hearing in the proceedings below. Petitioner also requests that the attorney general file an opinion regarding the underlying issues raised in the proceedings below. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise original jurisdiction. *See* NRS 34.160; NRS 34.170. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

14- 40562

cc: Chief Judge, Eighth Judicial District Court
Hon. Sally Loehrer, Senior Judge
Michael Anthony Brandon
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A